UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BUSH,<br><br>                              Plaintiff,<br><br>           -against-<br><br>NEW YORK CITY, et al.,<br><br>                              Defendants. | 23-CV-5386 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff was incarcerated at the Anna M. Kross Center on Rikers Island, in the custody of the New York City Department of Correction, when he filed this action. By order dated July 27, 2023, the Court granted Plaintiff 60 days' leave to file an amended complaint. On August 21, 2023, the order was returned to the court with a notation indicating that Plaintiff was no longer held at that facility. By order dated August 31, 2023, the Court directed Plaintiff to provide an updated address within 30 days, and informed him that failure to comply would result in the action being dismissed without prejudice to his refiling it. *See, e.g., Toussaint v. Maryland Dep't of Transp.*, No. 23-CV-0271 (D. Md. Mar. 21, 2023) (dismissing action without prejudice following Plaintiff's failure to update the court with his new address). On September 22, 2023, that order was returned to the court.

As Plaintiff has not complied with the Court's orders, has failed to notify the court of a change of mailing address, and has not initiated any further contact with the court, written or otherwise, the Court dismisses this action without prejudice.

## CONCLUSION

The Court dismisses this action without prejudice. All other pending matters in this case are terminated.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   October 11, 2023
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                    Chief United States District Judge